# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bell, Kenneth D. | U.S. District Court, Western District of North Carolina | 09/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Charles R. Jonas Federal Building
401 W Trade St
Suite 212
Charlotte, NC 28202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | U.S. District Judge | U.S. District Court, Western District of North Carolina |
| 2. | Partner | McGuireWoods LLC |
| 3. | Member | Mezzanotte LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | McGuireWoods LLC Retirement Plan with former law firm, managed |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 2018 | McGuireWoods LLC - income from law firm | $1,052,760.00 |
| 3. | 2019 | McGuireWoods LLC - income from law firm | $622,033.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bell, Kenneth D. | 09/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bell, Kenneth D.** | 09/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America - cash account | A | Interest | N | T | | | | | |
| 2. Wells Fargo - cash account | A | Interest | J | T | | | | | |
| 3. Mezanotte LLC | A | Dividend | J | U | | | | | |
| 4. Kure Corp | | None | J | T | | | | | |
| 5. Rental Property #1 Oak Island, NC<br>Purchased: 5/19/2019 $295,000 | D | Rent | N | R | | | | | |
| 6. McGuireWoods LLC Retirement Fund - T.<br>Rowe Price Retirement 2020 Tr-F | A | Dividend | J | T | Distributed | 12/31/19 | O | A | |
| 7. Prudential AST T. Rowe Price Growth Opps<br>Portfolio | E | Dividend | M | T | | | | | |
| 8. Prudential AST Capital Growth Asset<br>Allocation | E | Dividend | M | T | | | | | |
| 9. Prudential Secure Value Account | A | Dividend | K | T | | | | | |
| 10. Optum Bank Health Savings Account | | None | K | T | Distributed<br>(part) | 12/31/19 | J | A | |
| 11. HSA Bank Health Savings Account | | None | K | T | Open | 12/31/19 | J | | |
| 12. Isodiol International, Inc. | | None | J | T | | | | | |
| 13. Wells Fargo Fundamental Choice IRA #1 | | | | | | | | | |
| 14. - ETF IShares 20+ Yr Treasury Bond TLT | A | Int./Div. | K | T | Buy<br>(add'l) | 06/15/19 | K | | |
| 15. - ETF IShares EDGE MSCI USA Quality<br>Factor QUAL | A | Int./Div. | K | T | Buy<br>(add'l) | 06/15/19 | K | | |
| 16. - ETF IShares EDGE MSCI Min Vol USA<br>USMV | D | Int./Div. | N | T | Buy<br>(add'l) | 06/15/19 | N | | |
| 17. - ETF IShares Gold Trust IAU | A | Int./Div. | K | T | Buy<br>(add'l) | 06/15/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bell, Kenneth D. | 09/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | - ETF Sector SPDR TR Technology Select XLK | A | Int./Div. | L | T | Buy (add'l) | 06/15/19 | L | | |
| 19. | - Alger Growth Small Cap Focus AGOZX | A | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 20. | - Barings Funds Global Credit Income Class Y BXIYX | B | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 21. | - Blackrock Total Return Fund MAHQX | C | Int./Div. | L | T | Buy (add'l) | 06/15/19 | L | | |
| 22. | - Calamos Market Neutral Income Fund CMNIX | A | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 23. | - Carillon Ser TR Eagle Mid Cap Growth Fd HAGIX | A | Int./Div. | L | T | Buy (add'l) | 06/15/19 | L | | |
| 24. | - Delaware Group Global & Intl Fds DEMIX | A | Int./Div. | L | T | Buy (add'l) | 06/15/19 | L | | |
| 25. | - Fidelity New Mkt Inc FGZMX | B | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 26. | - Harbor Fund Small Cap VAlue Fd HASCX | A | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 27. | - Legg Mason Funds Clearbridge Intl Growth LMGNX | A | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 28. | - Lord Abbett Invt Short Duration Income Fund LLDYX | B | Int./Div. | L | T | Buy (add'l) | 06/15/19 | L | | |
| 29. | - Oakmark International Fund Advisor Class OAYIX | B | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 30. | - Principal Inv Fund Real Estate Secs FD PIREX | A | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 31. | - Principal Spectrum PFD and Capital Securities Income Fund PPSIX | B | Int./Div. | K | T | Buy (add'l) | 06/15/19 | K | | |
| 32. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bell, Kenneth D.** | 09/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amending to show Personal Information Part 5a as "Annual." Originally filed as "Initial."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth D. Bell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544